The CITY OF DOTHAN, ALABAMA, Appellant, v. The DOTHAN NATIONAL BANK, a Corporation, Appellee.

No. 6411.

Circuit Court of Appeals, Fifth Circuit.

Nov. 22, 1932.

O. S. Lewis, of Dothan, Ala., for appellant.

B. G. Farmer, A. K. Merrill, and T. M. Espy, all of Dothan, Ala., for appellee.

Before BRYAN, FOSTER, and WALKER, Circuit Judges.

PER CURIAM.

In material respects this case is like another one which is now decided. City of Dothan, Alabama, v. First National Bank of Dothan, 61 F.(2d) 685. For reasons stated in the opinion rendered in the cited case, the decree in this case is reversed, and the case is remanded for further proceedings not inconsistent with that opinion.